UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KYLE VERMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-2753-CM-TJJ |
| | ) | |
| HOME DEPOT USA, INC. and AS AMERICA, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Kyle Vermes, by and through his counsel, and Defendants Home Depot USA, Inc. and AS America, Inc., by and through their counsel, and hereby stipulated to dismissal of all claims with prejudice. The parties stipulate that any and all claims which have been made, or which could have been made, by Kyle Vermes against Defendants Home Depot USA, Inc. and AS America, Inc. should be dismissed with prejudice. The parties further stipulate that each will bear their own fees, costs and expenses.

Prepared and approved by:

    */s/ Wes Shumate*
SCOTT S. BETHUNE    #14044
WES SHUMATE    #23944
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO 64105
Tel: (816)421-1600
Fax: (816)472-5972
E-Mail: sbethune@dbjlaw.net
      wshumate@dbjlaw.net
**ATTORNEYS FOR PLAINTIFF**

*/s/ Steven B. Gladis*
Matthew J. Tharney
Steven B. Gladis
Sattiraju & Tharney, LLP
50 Millstone Road
Building 300, Suite 202
East Windsor, NJ 08520
mtharney@s-tlawfirm.com
sgladis@s-tlawfirm.com
**ATTORNEY FOR DEFENDANT AS AMERICA, INC. AND DEFENDANT HOME DEPOT U.S.A., INC.**

Philip R. Dupont
Katrina Smeltzer
Sandberg Phoenix & von Gontard, PC
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
Phone: (816) 627-5542
Facsimile: (816) 627-5532
Email: pdupont@sandbergphoenix.com
          ksmeltzer@sandbergphoenix.com
**ATTORNEYS FOR DEFENDANT HOME DEPOT U.S.A., INC.**